**FILED**

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

OCT 21 2020

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 20-30157-DWD |
| | ) | |
| MICHAEL ALLEN, | ) | Title 18, United States Code, Section |
| | ) | 922(g)(1) |
| | ) | |
| Defendant. | ) | |

## INDICTMENT

### THE GRAND JURY CHARGES:

### COUNT 1

#### FELON IN POSSESSION OF A FIREARM

On or about July 16, 2020, in St. Clair County, Illinois, within the Southern District of

Illinois,

#### MICHAEL ALLEN,

defendant herein, knowing that he had been convicted of a crime punishable by imprisonment for

a term exceeding one year, namely: Aggravated Unlawful Use of a Weapon, on or about December

4, 2017, in the Madison County Circuit Court, Case No. 17-cf-454, did knowingly possess a

firearm, to wit: a Springfield XD 9mm semi-automatic pistol, Bearing Serial Number GM816983,

said firearm having been shipped and transported in interstate commerce, in violation of Title 18,

United States Code, Section 922(g)(1).

#### FORFEITURE OF FIREARMS ALLEGATION

Upon conviction of the offense alleged in Count 1 of this Indictment,

#### MICHAEL ALLEN,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in or used in any knowing violation of the offenses described in Count 1 of this Indictment, including but not limited, to the following: a Springfield XD 9mm semi-automatic pistol, Bearing Serial Number GM816983, and any and all ammunition contained therein.

_____
ALEXANDRIA M. BURNS
Assistant United States Attorney

Digitally signed by
STEVEN WEINHOEFT
Date: 2020.10.19
11:13:58 -05'00'

_____
STEVEN D. WEINHOEFT
United States Attorney